# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

## WHITE PRIVILEGE CARD

| | |
|---|---|
| **Reg. No. 7,055,199** | Joels Pro, LLC  (OHIO LIMITED LIABILITY COMPANY) |
| **Registered May 16, 2023** | 4220 Pennywood Drive |
| **Int. Cl.: 20** | Beavercreek, OHIO 45430 |
| **Trademark** | CLASS 20: Plastic printed novelty identification cards for entertainment purposes, not encoded and not magnetic |
| **Principal Register** | FIRST USE 12-19-2018; IN COMMERCE 12-19-2018 |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | No claim is made to the exclusive right to use the following apart from the mark as shown: "CARD" |
| | SER. NO. 97-445,892, FILED 06-07-2022 |



*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

## ASSIGNMENT
### *NUNC PRO TUNC* TRADEMARK

WHEREAS, JOELPATRICK, LLC, a Florida Limited Liability Company, with an address at 16573 Hutchison Road, Odessa, Florida, 33556 ("**Assignor**"), is the owner of the entire right, title and interest in and to the following registered trademark (the "**Mark**"):

| Trademark | Registration No. | Registered |
|---|---|---|
| WHITE PRIVILEGE CARD | 7,055,199 | May 16, 2023 |

WHEREAS, Assignor is desirous of assigning the Mark to JOEL P. PRICE D/B/A JOEL PATRICK (who is also Member/Manager of Assignor), an individual, residing in Florida ("**Assignee**"), and Assignee is desirous of acquiring all rights in and to the Mark, including any and all common law rights in and to the Mark.

NOW THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, Assignor hereby sells, assigns and transfers absolutely unto Assignee *nunc pro tunc* as of December 31, 2024, by Manager approval, the entire right, title and interest in and to the Mark, therefore and thereupon, the right to sue and recover for past, present and future infringement regarding the Mark, all goodwill and the business of Assignor to which the Mark pertains, all claims for damages by reason of past infringement of the Mark and the right to sue and collect damages for such infringement, to be held and enjoyed by the Assignee for its own use and benefit, and for its successors and assigns as the same would have been held by Assignor had this Assignment not been made.

**(NOTARIZED SIGNATURE ON NEXT PAGE)**

ACCEPTED AND AGREED:

JOELPATRICK, LLC (ASSIGNOR)

By _____
Joel P. Price, Manager
JOELPATRICK, LLC

STATE OF FLORIDA
COUNTY OF Hillsborough

The foregoing instrument was acknowledged before me this 7th day of December 2025, by Joel P. Price on behalf of JOELPATRICK, LLC.

(Seal)

Personally known: _____
OR Produced Identification: Florida Drivers License
Type of Identification Produced: Florida Drivers License



Notary Public State of Florida
Matthew Conley
My Commission HH 627377
Expires 1/9/2029

| TRADEMARK ASSIGNMENT DRAFT COVER SHEET |
|---|

Electronic Version v1.1  Assignment ID: 1462329
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | Nunc Pro Tunc Assignment |
| EFFECTIVE DATE: | 12/07/2025 |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| JOELPATRICK LLC | | 12/07/2025 | Limited Liability Company: FLORIDA |

**RECEIVING PARTY DATA**

| Name: | JOEL P. PRICE D/B/A JOELPATRICK |
|---|---|
| Street Address: | 7510 N. Mobley Road, |
| City: | Odessa |
| State/Country: | FLORIDA, UNITED STATES |
| Postal Code: | 33556 |
| Email: | joelpatrick95@gmail.com |
| Entity Type: | INDIVIDUAL: UNITED STATES |

**PROPERTIES NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 7055199 | WHITE PRIVILEGE CARD |

**CORRESPONDENCE DATA**

**Fax Number:**  4076453200

**Phone Number:**  4076448888

**Email:**  trademarks@firstiniplaw.com

*Correspondence will be sent to the email address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Correspondent Name:**  Terry M. Sanks PLLC

**Address Line 1:**  612 E. Colonial Drive

**Address Line 2:**  Suite 250

**City**  Orlando

**State**  FLORIDA

**Country/Postal:**  UNITED STATES, 32803

**Docket number:**  20049-001

**Total Attachments: 1**

source=ptoasgmt_12-08-2025.pdf

**RECEIPT INFORMATION**

| | |
|---|---|
| **Assignment ID:** | 1462329 |
| **Fee Amount:** | $40.00 |