# EXHIBIT B

**(Public Placeholder - Confidential Document Filed Under Seal)**