# SCHEDULE A

**(Public Placeholder - Confidential Document Filed Under Seal)**