# DECLARATION OF JOEL P. PRICE IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND ORDER RESTRAINING TRANSFER OF ASSETS

I, JOEL P. PRICE, declare and state as follows:

1. I am over 18 years of age, and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Ex Parte Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets (the "Motion for TRO").

## THE TRADEMARK AT ISSUE

2. I am the owner of all rights and title in and to the trademark, "WHITE PRIIVLEGE CARD" under United States Registration Number ("U.S. Reg. No.") 7,055,199, which was registered on May 16, 2023 (hereafter the "Mark"). A true and correct copy the federal trademark certificate for the Mark and accompanying Assignment *Nunc Pro* Tunc of all rights are attached to the Complaint as Exhibit "A."

3. I am the third owner of the Mark. The first two owners were limited liability companies, both wholly owned by me.

4. Since December 2018, I have spent substantial time, money, and other resources developing, advertising, and otherwise promoting the Mark in the United States and throughout the world.

1

5. Since 2020, I began developing, advertising, and promoting my Mark across various social media platforms, including YouTube, Instagram, X, and TikTok, which has led to an unprecedented growth and awareness of the "WHITE PRIVILEGE CARD" brand amongst consumers. Specifically, as of December 3, 2025, I have accrued over 3.1 million followers on TikTok, 1.4 million followers on Instagram, and 71.1 thousand followers on X—all of which promote my products bearing the "WHITE PRIVILEGE CARD" Mark.

6. I am suffering irreparable harm to my goodwill associated with the Mark, as well as a direct monetary loss, any time third parties, including Defendants, from sells of goods using identical or substantially similar unauthorized copies of products featuring the "WHITE PRIVILEGE CARD" Mark.

**INVESTIGATION OF DEFENDANTS' COUNTERFEITING ACTIVITIES**

7. As owner of the MARK, I am responsible for managing all anti-infringement and anti-counterfeiting efforts in connection with Internet related matters of the Mark. As a result, I can identify products incorporating unauthorized reproductions of products featuring U.S. Reg. No. 7,055,199 for "WHITE PRIVILEGE CARD."

8. I discovered Defendants were promoting, advertising, offering for sale and/or selling goods using the "WHITE PRIVILEGE CARD" Mark without my authorization, via Internet based e-commerce stores operating under the seller

identified on Schedule "A" attached to the Complaint and filed under seal. Defendants do not have, nor have they ever had, the right or authority to use the Mark or improperly copy the Mark. Further, the Mark has never been assigned or licensed to be used in connection with any of the Defendants' e-commerce stores.

9. As part of my ongoing investigation of the sale of the infringing products, I reviewed Defendants' e-commerce stores. Upon reviewing the webpages and images of the products bearing my Mark, I determined that the Defendants were indeed listing products featuring the "WHITE PRIVILEGE CARD" Mark without my authorization.

10. I personally know that I do not conduct business with Defendants nor has the Mark been assigned to Defendants or licensed to be used by Defendants.

## HARM CAUSED BY DEFENDANTS' ACTIVITIES

11. Defendants use a combination of unauthorized reproductions, counterfeit, and confusingly comparable products featuring the Mark in the sale of counterfeit products and to make their e-commerce stores appear more relevant and attractive to consumers searching for the Mark.

12. As a result of the availability of the unauthorized reproductions, counterfeit, and/or confusingly comparable products featuring the Mark, I am experiencing irreparable damage to my business reputation and brand unless the infringing activity alleged in the Complaint is stopped.

13. Specifically, because of the availability of the unauthorized reproductions, counterfeit, and/or confusingly similar products featuring the Mark, I am highly experiencing irreparable damage to my business reputation and brand by the false association created in consumers' minds between the infringing and counterfeit products sold by Defendants and those genuine products sold by myself, which also results in the loss of goodwill associated with the Mark.

14. In view of the availability of the unauthorized reproductions, counterfeit, and/or confusingly similar products featuring the Mark, I am experiencing irreparable damage by the incalculable profit Defendants are deriving by using my Mark in commerce to drive consumers to Defendants' e-commerce stores and commercial websites.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the ____ day of December 2025.

_____
Joel P. Price (Dec 9, 2025 19:19:48 EST)
JOEL P. PRICE