IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

JOEL P. PRICE D/B/A JOEL PATRICK,

    Plaintiff,

v.                                            CASE NO.  8:25-cv-3398-KKM-AEP

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**NOTICE OF A RELATED ACTION**

    In accordance with Local Rule 1.07(c), I certify that the instant action:

_____    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____

\_\_\_\_X\_\_\_\_    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Dated: December 23, 2025.

Respectfully submitted,

*/s/ Terry M. Sanks*
Terry M. Sanks, Esq.
Florida Bar No. 154430
Liandra Izquierdo, Esq.
Florida Bar No. 1033468
BEUSSE SANKS, PLLC
612 E. Colonial Drive, Suite 250
Orlando, FL 32803
Telephone: (407) 644-8888
Email: tsanks@firstiniplaw.com
litigation@firstiniplaw.com

*Attorneys for Plaintiff, JOEL P. PRICE D/B/A JOEL PATRICK*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on the 23rd day of December, 2025 with the Clerk of Court and all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/Terry M. Sanks*
Terry M. Sanks