# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

## CLERK'S MINUTES

| **CASE NO.** 8:25-cv-3398-KKM-AEP | **DATE:** February 4, 2026 |
|---|---|
| **HONORABLE KATHRYN K. MIZELLE** | **COURTROOM 13B** |
| **JOEL PRICE,**<br><br>Plaintiff,<br>v. | **PLAINTIFF'S COUNSEL**<br>Liandra Izquierdo<br>Terry Sanks |
| **THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCATIONS IDENTIFIED ON SCHEDULE A,**<br><br>Defendant. | **DEFENSE COUNSEL** |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Gretchen O'Brien |
| **TIME:** 10:15 a.m.–11:01 a.m. | **TOTAL:** 46 minutes |

**PROCEEDINGS: HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

- The defendants do not appear for the hearing.

- Along with their argument, the plaintiff presents a PowerPoint presentation, which will be filed on the docket.

- The hearing is continued to February 20, 2026, at 1:00 p.m.

- Orders to follow

- Hearing concluded