UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Court Level and Jurisdiction)

| | |
|---|---|
| Joel P. Price<br><br>Plaintiff<br><br>-vs-<br><br>Liesl Geneva Cone and THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A<br><br>Defendants | <br><br>8:25-cv-03398-KKM-AEP M.D. Fla.<br>(Case I.D. Number) |

## AFFIDAVIT

I, Liesl Geneva Cone, of Comstock Park, in Kent County, Michigan, MAKE OATH AND SAY THAT:

1. I was served via e-mail on Tuesday, January 27th, 2025 at 7:51pm. As this is the first contact I have had from the Plaintiff, or anyone representing the Plaintiff, in regards to this complex case, I have yet to secure representation. I am in the process of doing so, and request additional time to craft a proper response.

2. I intend to oppose the motion for preliminary injunction against my company, Dammit Liesl LLC, for trademark infringement and selling of counterfeit goods. 1. As you can see on page 44 of the document labeled "2-2 CONFIDENTIAL Exhibit B - Screenshots of Infringers" in the Dropbox folder provided by the Plaintiff's counsel, which I am further copying and attaching as part of this response and labeling Exhibit A, the product I sell is markedly different from all other products named in this suit. a) They are named "Check Your Privilege Cards", not "White Privilege Card". b) My product is printed on cardstock, not plastic or metal. c) "White" is only one of many options that you can select using a writing utensil to mark the corresponding check-box/boxes. Other options include "male," "able-bodied," and "money," among others that may or may not apply to persons associated with this lawsuit. d) The most prominent text on my card is "PRIVILEGE" not "White Privilege Card". e) My product is designed, printed, and cut in my own home.

3. I oppose the Plaintiff's claim of prior use in regards to his trademarking of "White Privilege Card" a) First reported version of the Plaintiff's product in an attempt to establish prior use was December 2018. b) The oldest file version I can find at this current time in my Google Drive is dated September 12, 2017. c) First sale of product on Etsy was on November 30, 2017. See attached screenshot labeled Exhibit B.

4. I was not inspired by the Plaintiff, nor trying to deceive the consumer into believing my product was in any way associated with the Plaintiff, nor attempting to profit from the reputation or popularity of the Plaintiff, as I had no idea the Plaintiff existed until this lawsuit.

5. I intend not only to oppose the preliminary injunction, but also request damages, including treble exemplary damages, statutory damages, and attorney's fees and costs, as a result of Plaintiff's knowing, deliberate, and

willful infringement of my rights to my own intellectual property, loss of income related to the improper shut-down of my entire Etsy shop, loss of standing in the algorithm on Etsy affecting potential future sales, along with any other available relief the court may deem appropriate.

STATE OF FLORIDA

COUNTY OF _____

SUBSCRIBED AND SWORN TO BEFORE
ME, by means of \_\_\_ physical presence or \_\_\_
online notarization, on the _____ day of
_____, _____.

Signature _____ (Seal)

NOTARY PUBLIC

My Commission expires:

_____

*Liesl* 1/30/26
(Signature)

Liesl Geneva Cone

©2002-2026 LawDepot.com®