## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### CASE NO.: 8:25-cv-03398

**JOEL P. PRICE d/b/a JOEL PATRICK,**
**an individual,**

      **Plaintiff,**

**v.**

**THE INDIVIDUALS, PARTNERSHIPS,**
**AND UNINCORPORATED**
**ASSOCIATIONS IDENTIFIED ON**
**SCHEDULE A.**

      **Defendants.**

_____/

### AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, JOEL P. PRICE d/b/A JOEL PATRICK, pursuant to Local Rule 3.03 and the Court's Order dated February 13, 2026 (ECF No. 45), files this Amended Certificate of Interested Persons and Corporate Disclosure Statement in light of the Amended Complaint filed on February 10, 2026.

Plaintiff hereby discloses the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate,

affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

**Answer:**

a. Plaintiff - Joel P. Price d/b/a Joel Patrick

b. Plaintiff's Counsel - Terry M. Sanks, Esq. and Liandra Izquierdo, Esq., Beusse Sanks, PLLC

c. Defendants – Those known Individuals, Partnerships And Unincorporated Associations Identified On Schedule A as identified below:

   i. eBay-Based Defendants:

   - Def. No. 1 - Sultan Ferozi d/b/a 5thavedeals;
   - Def. No. 2 - Abel Villagrana d/b/a koras treasures;
   - Def. No. 3 - Eva Kinnaird d/b/a eckozarkpatriot[1];
   - Def. No. 4 - John Almeida d/b/a jwa81567;
   - Def. No. 5 - Madison Mealing d/b/a Paraphernalia_Palace;
   - Def. No. 6 - Lynn Stula d/b/a paythelady1978;
   - Def. No. 7 - Xiaodong Long d/b/a auto-truckemblems;
   - Def. No. 8 - Jeanette Davis d/b/A DAVIS FREEDOM STORE[2];
   - Def. No. 9 - Dante Iraola d/b/a DIBSALES[3];
   - Def. No. 10 - David Coburn d/b/a dwcoburn;
   - Def. No. 11 - Sally Coburn d/b/a dwcoburn2;

---

[1] On February 3, 2026, Plaintiff filed a Notice of Settlement and Dismissal directed at this Defendant. (ECF No. 28).
[2] *Id.*
[3] *Id.*

- Def. No. 12 - Jeremy Parisi d/b/a JP Novelties;
- Def. No. 13 - Mariano Gomez, d/b/a stormbreakerllc;
- Def. No. 14 - Tal "Jacob" Vardy d/b/a ThompBrand1[4];
- Def. No. 15 - John Moore d/b/a nokturnus6370;
- Def. No. 16 -Laurence Keane d/b/a luxize;
- Def. No. 17 - Sierra Gordon d/b/a PanteraVeridian;
- Def. No. 18 - Jon Church d/b/a Allyn's Acquisitions;
- Def. No. 19 - David Kelsey d/b/a Dkels Awesome Store[5];
- Def. No. 20 - Tabassum Akter d/b/a indigococonut;
- Def. No. 21 - Joe DeFeo d/b/a defeodome2;
- Def. No. 22 - Deyanira Echevarria d/b/a Thrifted Unicorn;
- Def. No. 23 - Sherrie Jenkins d/b/a Thrifted Unicorn;
- Def. No. 24 - Winston Brown d/b/a Rickey's Bodega;
- Def. No. 25 - Liliana Fragoso Dominguez d/b/a atsproul_0;
- Def. No. 26 - Shane Gehlert d/b/a Giant Slayer General Store;
- Def. No. 27 - Benjamin Esper d/b/a beespe0[6];
- Def. No. 28 - Lisa Hodge d/b/a savory selections;
- Def. No. 29 - Zackary Isgar d/b/a Jesus-is-Lord-store;
- Def. No. 30 - Erika Byrd d/b/a BIGSTICKERMANIA;
- Def. No. 31 - Jason Glover d/b/a The Sticky Bandit[7];
- Def. No. 32 - Floyd O'Dell d/b/a queen-of-hanks; and
- Def. No. 33 - Gladys Kibet d/b/a shopnsmile2.

ii.  Etsy-Based Defendants:

- Def. No. 34 - Liesl G. Cone d/b/a dammitLiesl;
- Def. No. 35 - Michael Lam d/b/a McLovin916 and TheFreakOff;
- Def. No. 36 - Matthew C. McComb d/b/a phattyscrabshack;
- Def. No. 37 - Suzanne Klausner d/b/a reallaserlizard;
- Def. No. 38 - Loic Bento d/b/a CyberhackArticles;

---

[4] *Id.*
[5] *Id.*
[6] *Id.*
[7] *Id.*

- Def. No. 39 - James Denier d/b/a LaserKittyllc;
- Def. No. 40 - Anish J. Nattamai d/b/a ifierLabs[8];
- Def. No. 41 - Xiaohan Zheng d/b/a topro3D;
- Def. No. 42 - McMiffin Solutions, LLC, a Pennsylvania limited liability company, d/b/a McMiffinGifts;
- Def. No. 43 - Charles Wyatt d/b/a JGF3 Amigos3;
- Def. No. 44 - Anb Solar, Inc., a California corporation, d/b/a AmericanStickerDepot;
- Def. No. 45 - Daniel Palmer d/b/a LionPalmSolutions;
- Def. No. 46 - Mauri Bolden d/b/a RememberedGiftsStore;
- Def. No. 47 - Melanie Rascon d/b/a CanvasByPrince; and
- Def. No. 48 - Paul J. Binenda Jr. Jr. d/b/a Revis 7.

iii.    Amazon-Based Defendants:

- Def. No. 52 –Shenzhenshi Zhihuadianzi Youxiangongsi d/b/a Linhao;
- Def. No. 53 -Guangzhounanshaquhuangzhuangyuan Trade Co., Ltd., a foreign corporation operating in China, d/b/a Bobbi's Store;
- Def. No. 54 -Xiang Yang Ci Sheng Ke Ji You Xian Gong Si d/b/a cishengkeji;
- Def. No. 55 – Xianshixinchengqulierdianzichanpinjingyingbu d/b/a Liermo;
- Def. No. 56 - Zhangzhoushixiangchengquzhengwangriyongbaihuodian d/b/a wysdsgxcquiajkakjwak;
- Def. No. 57 - DROTE, a foreign corporation operating in China;
- Def. No. 58 - Yiwu Dela E-commerce Co., Ltd., a foreign corporation operating in China, d/b/a Jucoicu;

---

[8] Upon information and belief, Defendant, Anish J. Nattamai, is the same individual presented as Def. No. 40, 80, and 82 and is conducting business under multiple Seller IDs or storefront names on multiple e-commerce platforms. Plaintiff's allegations are based on overlapping account information, payment methods, and storefront activity.

- Def. No. 59 – Shenzhenshixintaokejiyouxiangongsi d/b/a Maxmartt;
- Def. No. 60 - Popoyee, a foreign corporation operating in China;
- Def. No. 61 - Yiwu Zhongjiu E-Business Co., Ltd, a foreign corporation operating in China, d/b/a Sanfiland;
- Def. No. 62 - ZZTT, a foreign corporation operating in China;
- Def. No. 63 – Birsppy, a foreign corporation operating in China;
- Def. No. 64 – Dongguanshitaigaokejiyouxiangongsi d/b/a Taikow;
- Def. No. 65 - Yiwu Qianrong Electronic Commerce Co., Ltd., a foreign corporation operating in China, d/b/a Velinpun;
- Def. No. 66 – Kunminglirengdianzishangwuyouxiangongsi d/b/a WXYZ-US;
- Def. No. 67 - N\\C, a foreign corporation operating in China;
- Def. No. 68 - N\\A, a foreign corporation operating in China;
- Def. No. 69 - Generic, a foreign corporation operating in China;
- Def. No. 70 - HAOXU, a foreign corporation operating in China;
- Def. No. 71 – Hainanjianghuangmaoyiyouxiangongsi d/b/a jh preferred;
- Def. No. 72 – WeinanLongkangDianzishangwuYouxiangongsi d/b/a Quejowy;
- Def. No. 73 - Puerkunchongwangbaihuoshanghang d/b/a Gerenduzi and WULIDE;
- Def. No. 74 – Huizhoushixinlianchengdianzikejiyouxiangongsi d/b/a Xinlian; and
- Def. No. 75 – WuhanhechengjiayingkejiyouxiangongsI d/b/a HCJspring.

iv. TikTok-Based Defendants:

- Def. No. 76 - Meng Yuan d/b/a HomeGlow777[9];

---

[9] Upon information and belief, Defendant, Meng Yuan, is the same individual presented as Def. No. 76 and 81 and is conducting business under multiple Seller IDs or storefront names on TikTok. Plaintiff's allegations are based on overlapping account information, payment methods, and storefront activity.

- Def. No. 77 - Mozibiao-Shop, a foreign corporation operating in China;
- Def. No. 78 - Yinjue-Shop, a foreign corporation operating in China;
- Def. No. 79 - Milipei-Shop, a foreign corporation operating in China;
- Def. No. 80 - Anish J. Nattamai d/b/a Nerdophile[10];
- Def. No. 81 - Meng Yuan d/b/a Jiayuan E-Commerce[11];
- Def. No. 82 - Anish J. Nattamai d/b/a QuirkStreet[12],;
- Def. No. 83 - Michael E. Lauden d/b/a Custom Metal Business Cards;
- Def. No. 84 - AutoHaven, a foreign corporation operating in China;
- Def. No. 85 - Jietong Shop, a foreign corporation operating in China;
- Def. No. 86 - Haijiushang-Shop, a foreign corporation operating in China;
- Def. No. 87 - Xier-Shop, a foreign corporation operating in China;
- Def. No. 88 - Xinyu-Shop, a foreign corporation operating in China;
- Def. No. 89 - Xilu-Shop, a foreign corporation operating in China;
- Def. No. 90 – Longkai-Shop, a foreign corporation operating in China;

---

[10] Upon information and belief, Defendant, Anish J. Nattamai, is the same individual presented as Def. No. 40, 80, and 82 and is conducting business under multiple Seller IDs or storefront names on multiple e-commerce platforms. Plaintiff's allegations are based on overlapping account information, payment methods, and storefront activity.

[11] Upon information and belief, Defendant, Meng Yuan, is the same individual presented as Def. No. 76 and 81 and is conducting business under multiple Seller IDs or storefront names on TikTok. Plaintiff's allegations are based on overlapping account information, payment methods, and storefront activity.

[12] Upon information and belief, Defendant, Anish J. Nattamai, is the same individual presented as Def. No. 40, 80, and 82 and is conducting business under multiple Seller IDs or storefront names on multiple e-commerce platforms. Plaintiff's allegations are based on overlapping account information, payment methods, and storefront activity.

- Def. No. 91 –Yu Zhong Trade, a foreign corporation operating in China;
- Def. No. 92 – Brett Angel d/b/a Weishengi Shop[13];
- Def. No. 93 – Zyjk7242Shop, a foreign corporation operating in China;
- Def. No. 94 – Luojianjianshuo-Shop, a foreign corporation operating in China;
- Def. No. 95 – Farm Orchid Shop, a foreign corporation operating in China; and
- Def. No. 96 – Brett Angel d/b/a Realm of Shadows[14].

  v. Every Market Defendant: Def. No. 97 – Gengchen Wu d/b/a Liermor and Cairomy.

d. Counsel for settlement purposes only, as no appearance has been entered, on behalf of Def. No. 7 - Xiaodong Long d/b/a auto-truckemblem and for Def. No. 56 -Zhangzhoushixiangchengquzhengwangriyongbaihuodian d/b/a wysdsgxcquiajkakjwak – Yi Lun Chen, Esq., Deternal Beijing Intellectual Property Law Office

e. Counsel for settlement purposes only, as no appearance has been entered, on behalf of Def. No. 12 -Jeremy Parisi d/b/a JP Novelties – Jessica Getz, Esq., The Lomnitzer Law Firm, P.A.

---

[13] Upon information and belief, Defendant, Brett Angel, is the same individual presented as Def. No. 92 and 96 and is conducting business under multiple Seller IDs or storefront names on TikTok. Plaintiff's allegations are based on overlapping account information, payment methods, and storefront activity.
[14] *Id.*

f.  Counsel for settlement purposes only, as no appearance has been entered, on behalf of Def. No. 20 - Tabassum Akter d/b/a indigococonut – James Palmatier, Esq., Palmatier Law Office

g.  Counsel for settlement purposes only, as no appearance has been entered, on behalf of Def. No. 24 - Winston Brown d/b/a Rickey's Bodega, Def. No. 58 - Yiwu Dela E-commerce Co., Ltd., a foreign corporation operating in China, d/b/a Jucoicu, Def. No. 61 - Yiwu Zhongjiu E-Business Co., Ltd, a foreign corporation operating in China, d/b/a Sanfiland, Def. No. 65 - Yiwu Qianrong Electronic Commerce Co., Ltd., a foreign corporation operating in China, d/b/a Velinpun, and Def. No. 72 – WeinanLongkangDianzishangwuYouxiangongsi d/b/a Quejowy; – Christopher Keleher, Esq., The Keleher Appellate Law Group, LLC

h.  Counsel for settlement purposes only, as no appearance has been entered, on behalf of Def. No. 37 - Suzanne Klausner d/b/a reallaserlizard – Susan Meyer, Esq., UB Greensfelder LLP

i.  Counsel for settlement purposes only, as no appearance has been entered, on behalf of Def. No. 42 - McMiffin Solutions, LLC, a Pennsylvania limited liability company, d/b/a McMiffinGifts – Ruy Garcia-Zamor, The Garcia-Zamor Law Firm

j.   Counsel for settlement purposes only, as no appearance has been entered, on behalf of Def. No. 59 – Shenzhenshixintaokejiyouxiangongsi d/b/a Maxmartt – Yong Chen, Esq., Liu, Chen & Hoffman LLP

k.   Counsel for settlement purposes only, as no appearance has been entered, on behalf of Def. No. 64 – Dongguanshitaigaokejiyouxiangongsi d/b/a Taikow – Johnathan G. Morton, Esq.

l.   Counsel for settlement purposes only, as no appearance has been entered, on behalf of Def. No. 75 – WuhanhechengjiayingkejiyouxiangongsI d/b/a HCJspring – Guoyue and Xue Ni

m.  Defendants - The remaining unknown Individuals, Partnerships And Unincorporated Associations Identified On Schedule A, as filed under seal and seen at Def. No. 49 – 51 (Alibaba-Based Defendants) and 98 – 102 (Shopify-Based Defendants). (ECF No. 2-1 and 42-1).

2.   The name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

**Answer:** Unknown at this time.

3.   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**Answer:** The following e-commerce platforms to the extent they may be required to assist solely with the implementation of or enforcement of any judicially-ordered relief in this action, including, but not limited to, injunctive relief, asset freezes, discovery, and any other relief deemed appropriate:

- eBay, Inc.;
- Etsy, Inc.;
- Amazon.cm, Inc.;
- TikTok USDS Joint Venture, LLC;
- Every Market, Inc;
- Shopify, Inc.; and
- Alibaba Group Holding Ltd.

4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

**Answer:** Plaintiff - Joel P. Price d/b/a Joel Patrick as lawful trademark owner; all other(s) unknown at this time.

5.    Check one of the following:

 **X**  I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

-or-

_____ I certify that I am aware of a conflict or basis of recusal of the District

Judge or Magistrate Judge as follows: (explain)

**Dated:** February 16, 2026

> **BEUSSE SANKS, PLLC**
>
> /s/ Liandra Izquierdo
> Terry M. Sanks, Esq.
> Florida Bar No. 0154430
> Liandra Izquierdo, Esq.
> Florida Bar No. 1033468
> 612 E. Colonial Dr., Suite 250
> Orlando, FL 32803
> Telephone: (407) 644-8888
> Email:    tsanks@firstiniplaw.com;
> lizquierdo@firstiniplaw.com; and
> litigation@firstiniplaw.com
> ***Attorneys for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 16, 2026, a true and correct copy of this document was electronically filed via CM/ECF, which will electronically serve all counsel of record. In addition, pro se Defendants and third parties in this action, who are not represented by counsel, are provided continuous access to the filings in this matter through the secure DropBox link previous provided, consistent with the Court's prior authorization.

*/s/Liandra Izquierdo*
Liandra Izquierdo