IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO.: 8:25-cv-03398

JOEL P. PRICE d/b/a JOEL PATRICK,
an individual,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A.

    Defendants.
_____/

## SECOND NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CERTAIN SCHEDULE A DEFENDANTS ONLY

Plaintiff, JOEL P. PRICE d/b/a JOEL PATRICK, hereby notifies the Court that certain Parties have reached a settlement in the above-captioned action. The settlement resolves all claims and disputes only between Plaintiff and the following Defendants:

| Def. No. | Defendant Identity | Seller Name[1] | Platform |
|---|---|---|---|
| 7 | Xiaodong Long | auto-truckemblems | eBay |
| 15 | John Moore | nokturnus6370 | eBay |

---

[1] Plaintiff notes that the list of the Schedule A Defendants has been sealed pursuant to Court Order since December 19, 2025. The identification of the above-referenced Defendants is provided solely to aid the Court and clarify the record in light of the large scope of this action. Plaintiff expressly reserves all rights with respect to the sealed materials, including, but not limited to, the continued confidential and sealed status of Schedule A and any related filings, and nothing herein shall be construed as a waiver, modification, or limitation of the Court's prior sealing order.

| 21 | Joe DeFeo | defeodome2 | eBay |
|----|-----------|------------|------|
| 22 | Deyanira Echeverria | ThriftedUnicorn | eBay |
| 30 | Erika Byrd | BIGSTICKERMANIA | eBay |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff voluntarily dismisses with prejudice all claims asserted in this action against the above-identified Defendants only.

This Notice of Settlement and Voluntary Dismissal herein applies solely to the above-identified Defendants, including any aliases, storefronts, account names, or online identifiers associated with such Defendants as reflected in Schedule A. This Notice of Settlement and Voluntary Dismissal does not affect any claims, causes of action, defenses, or rights asserted against any other Defendants not expressly identified herein. All claims against the remaining Defendants remain pending. Accordingly, nothing in this Notice shall be construed as a dismissal of this action in its entirety. Plaintiff expressly reserves all rights, including the right to pursue claims against any Defendants, persons, or entities not specifically released.

Each of the settling Parties shall bear their own respective costs and attorneys' fees, unless otherwise provided in the respective settlement agreements.

**DATED** this 17th day of February, 2026

                                            **BEUSSE SANKS, PLLC**

                                            /s/ Liandra Izquierdo
Terry M. Sanks, Esq.
Florida Bar No. 0154430
Liandra Izquierdo, Esq.
Florida Bar No. 1033468
612 E. Colonial Dr., Suite 250
Orlando, FL 32803
Telephone: (407) 644-8888
Email:   tsanks@firstiniplaw.com;
lizquierdo@firstiniplaw.com; and
litigation@firstiniplaw.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2026, a true and correct copy of this document was electronically filed via CM/ECF, which will electronically serve all counsel of record. In addition, pro se Defendants and third parties in this action, who are not represented by counsel, are provided continuous access to the filings in this matter through the secure DropBox link previous provided, consistent with the Court's prior authorization.

                                            */s/Liandra Izquierdo*
                                            Liandra Izquierdo