IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO.: 8:25-cv-03398

JOEL P. PRICE d/b/a JOEL PATRICK,
an individual,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A.

      Defendants.
_____/

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN SCHEDULE A DEFENDANTS ONLY

Plaintiff, JOEL P. PRICE d/b/a JOEL PATRICK, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby files this Notice of Voluntary Dismissal Without Prejudice aimed at certain Defendants in this action. This Notice addresses the claims and disputes only between Plaintiff and the following Defendants:

| Def. No. | Defendant Identity | Seller Name[1] | Platform |
|---|---|---|---|
| 32 | Floyd O'Dell | queen-of-hanks | eBay |

---

[1] Plaintiff notes that the list of the Schedule A Defendants has been sealed pursuant to Court Order since December 19, 2025. The identification of the above-referenced Defendants is provided solely to aid the Court and clarify the record in light of the large scope of this action. Plaintiff expressly reserves all rights with respect to the sealed materials, including, but not limited to, the continued confidential and sealed status of Schedule A and any related filings, and nothing herein shall be construed as a waiver, modification, or limitation of the Court's prior sealing order.

1

| 44 | Anb Solar, Inc. | AmericanStickerDepot | Etsy |
| 46 | Marui Bolden | RememberedGiftsStore | Etsy |
| 48 | Paul J. Binenda Jr. Jr. | Revis7 | Etsy |
| 57 | DROTE | DROTE | Amazon |
| 60 | Popoyee | Popoyee | Amazon |
| 62 | ZZTT | ZZTT | Amazon |
| 63 | Birsppy | Birsspy | Amazon |
| 67 | N\\C | N\\C | Amazon |
| 68 | N\\A | N\\A | Amazon |
| 69 | Generic | Generic | Amazon |
| 70 | HAOXU | HAOXU | Amazon |
| 76 | Meng Yuan | HomeGlow777 | TikTok |
| 85 | Jietong shop | Jietong shop | TikTok |
| 95 | Farm Orchid Shop | Farm Orchid Shop | TikTok |

Plaintiff voluntarily dismisses without prejudice all claims asserted in this action against the above-identified Defendants only.

This Notice of Voluntary Dismissal applies solely to the above-identified Defendants, including any aliases, storefronts, account names, or online identifiers associated with such Defendants as reflected in Schedule A. All claims against the remaining Defendants remain pending. Accordingly, nothing in this Notice shall be construed as a dismissal of this action in its entirety. Plaintiff expressly reserves all rights, including the right to pursue claims against any Defendants, persons, or entities not specifically released.

No answer or motion for summary judgment has been served by the above-identified Defendants in this action. Therefore, pursuant to Rule 41(a)(1)(A)(i), this

Notice is self-executing and effective upon filing as to the Dismissed Defendants only, without further order of the Court.

**DATED** this 18th day of February, 2026

**BEUSSE SANKS, PLLC**

/s/ Liandra Izquierdo
Terry M. Sanks, Esq.
Florida Bar No. 0154430
Liandra Izquierdo, Esq.
Florida Bar No. 1033468
612 E. Colonial Dr., Suite 250
Orlando, FL 32803
Telephone: (407) 644-8888
Email:   tsanks@firstiniplaw.com;
lizquierdo@firstiniplaw.com; and
litigation@firstiniplaw.com
***Attorneys for Plaintiff***

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on February 18, 2026, a true and correct copy of this document was electronically filed via CM/ECF, which will electronically serve all counsel of record. In addition, pro se Defendants and third parties in this action, who are not represented by counsel, are provided continuous access to the filings in this matter through the secure DropBox link previous provided, consistent with the Court's prior authorization.

*/s/Liandra Izquierdo*
Liandra Izquierdo
